# EXHIBIT 1

24cv101

Complaint

FILED IN THE DISTRICT AND
COUNTY COURTS OF
EL PASO COUNTY, COLORADO

FEB 29 2024
DATE FILED: February 29, 2024
SHERI KING
CLERK OF COURT

Section One; Introduction

1(a).

It is easily proven that my family and I are very good people with decent reputations, and are each, as well as, collectively successful.

1(b).

I ask the reader to utilize google and search Edward Hoid. Viewing the search results page, it is obvious that there has been huge publicity towards my family and I concerning a bicycle accident, none of us were involved with.

Colorado case 20CR002138 and discover are conviction under attack; an incident where Randall Shubert fell, Nov 5th, 2020, I was falsely convicted on May 12th, 2023 for one false count of identity theft (false accusation), and the incident is over.

Section Two; Background

2(a)

On November 5th, 2020; 71 year old Randall Shubert tripped and fell. He sustained one sub-dural hematoma. It is proven and undisputed fact. I open this complaint with brevity, there is much for discovery; this complaint is regarding CBS-11 News.

Section Three; Claims

It cannot be determined how many publications and Televised breaking news broadcasts were done by CBS-11 News, as wasn't an easy task regarding other news companies, all, including CBS-11 News, are concealing numerous broadcasts of differing fiction which occurred on numerous dates; after prying some information from CBS-4 News during a hearing, January, 2024, publications and broadcasts were discovered for the first time. CBS-11 News published and broadcast to millions, shocking stories claiming that I murdered Randall Shobert; their sources of information for composing were for the most part, other plagerized news slander and libel; CBS-11 News perpetuated a false light to millions of addition viewers, to the other news companies' viewers, and for their own, CBS-11 News consumers, with extremely destructive effectiveness and with malice intentions to harm the public, my family and I. I have been able to develope multiple cases and can fully prosecute this case as well.

Claim One; (asserted against CBS-11 News); Defamation - 3(a)

CBS-11 News broadcast video breaking news, and published online; still viewable online. The origins of the malice, heinous fiction and stories became known 5/12/2023; deputy district attorney Ryan Day confessed on record, they (d.a.) nor police did not author nor supply the stories; May 12th, 2023 the

the harm and cause of harm became known in part, It being news agencies lying and fabricating stories, and CBS-11 News lying, fabricating and perpetuation with malice intent.

Police press releases and reports in discovery, now on record, did not apply the information that CBS-11 News reported that me and two others, robbed, assaulted, murdered and attacked Randall Shubert, none of the three ever interacted with Randall Shubert, it is undisputed that Randall Shubert fell, there are even 911, recorded calls, the callers reported verbatim, "hello, yes a man fell"... CBS-11 News reported and broadcast to millions;

- "It is unknown the number of assailants who robbed and attacked a 71 year old on a bike path in Longmont, CO"...

- "What began as a robbery ends as a deadly encounter"...
- "Person of Interest in deadly assault"...
- "Edward Hold wanted in connection with death"...

NCIC data proves I was not wanted and had no warrants, not by police on record.
No assault, robbery or encounter ever occurred in the least, Randall Shubert succame at Longs Peak Hospital, per autopsy "to the single sub-doral hematoma", being mistreated for 6 days.

CBS-11 News accussed me of carrouding a 71 year old

cyclist with two others and beating him to death for a bike, they then changed the stories and claimed that I was arrested for murder, which never occurred.

CBS-11 News then copied information from other news agencies, and after duping the public into violence, with the heinous, false accusations of murder, CBS-11 News chose to accurately report residential and identifying information about my innocent family and I; and
"Hoid is considered armed and dangerous"
"Hoid was living in Lyons, CO";
Records indicated and reported, plus police only visited my home in Longmont, CO; vigilantes went to Lyons, CO.

"Hoid is wanted for parole warrants";
again NCIC data proves this was untrue I never had warrants. All the untrue information was deliberately supplied to the public, and became indicated sources of information for vigilantes and the public who boasted in saved and reported conversations, during visits to my family's homes in Lyons, CO, Utah, Idaho, Nevada and Ohio. My family was stalked and badly harmed. The children were targeted in instances where it appeared my family could defend themselves. The children, ages 2, 4, 6, 7, 10 and 11 were hurt.

When the news reported that "Randall turns 72 in the ICU"... -FOX-31 KDVR, it was apparent from CBS-11 News's sources that Randall was not "beaten to death" nor had he experienced a "deadly encounter", he was alive, yet CBS-11 reported more fiction accusing me of murder.

Claim Two; (asserted against CBS-11 News); Defamation - 3(b)

- CBS-11 News published that 3 men, or "unknown number of assailants" (all identified, none ever charged) "attacked" Randall Shubert.
- CBS-11 News reported when I turned myself in "man arrested for unrelated charges to the murder".
- When Randall Shubert fell, there were three eye witnesses (I was not one because I never was present or in proximity) who called 911 immediately, they reported, "hello, yes a man fell"... Randall Shubert was eventually taken to the E.R. he could not speak, he was alive for 11 days following.

CBS-11 News knew what they were reporting was lies, they authored them and duped the public into harming one another and my family and I. These are exceptional and extraordinary circumstances, the damages are of severe magnitude.

- CBS-11 News broadcast and published that I had robbed, attacked and murdered Randall Shubert for a bike and a credit card. The CBI did DNA analysis of Randall and his articles (influenced by the news to do so), I, Edward Hoid am "Not a Contributor", there was no robbery, no assault, no murder.

Robert McEwen was recorded on surveylance camera at 7-11 when he found Randall Shubert's card, which CBS-11 News said I killed Randall Shubert for. Robert McEwen did enter a confession and affidavit.

Claim Three; (asserted against CBS-11 News); False Light - 3(c)

CBS-11 News placed my family and I in public view under a false light, the publicity was almost deadly, the public who attempted murder, which CBS-11 News is an accessory to, are volnurable to serious consiquence, and the publicity was invasive, and destructive. My family, elderly and small children lived in Lyons, CO. CBS-11 News lied to the public, manipulated the public, and then dispatched an enraged and violent public of every creed to my family's homes while broadcasting lies saying that Longmont Police say Edward Hold beat an innocent senior citizen to death for a bike.

The news companies, including CBS-11 News, assigned so much publicity through use of broadcasting technologies and priveledges, that law enforcement had become duped, I was denied due process and was imprisoned without charges for "high profile homicide" for 621 days. Audio recorded hearings are available and will be supplied with my response to any answer from CBS-11 News.

CBS-11 News dispatched all creeds and classes of people they stirred and duped into violence to my family and I

on record, the public attempted murder, assaulted my family and I, hunted me down and staged crime scenes, because one was never opened; CBS-11 News attempted to engineer a life sentence or my demise. It is impossible to say CBS-11 News is solely responsible, my family will follow in suits now if this is not rectified, It is also impossible to know how many publications and broadcasts took place and exactly when harm occurred, or when publications occurred, the information is being concealed.

Claim Four; (asserted against CBS-11 News); Child Endangerment-3(d)

My family and I have served and reported to police in May, 2022, conversations when vigilantes (one way conversations) brag about dispatching social services and police to my family's homes and about impersonating police when physically visiting our homes, this information, my family's homes and mine, was supplied to millions, including violent vigilantes by CBS-11 News. Some of our small children were severely hurt, it is inappropriate to discuss due to their ages and nature of harm, they had supreme court cases.

Section Four; Special Damages

4(a).

My reputation did not exist online, only by word of mouth, people know I am elite in wood, metal and stone crafts. They could only review my work online

not my name. Now there is option of work or reputation. I will never be allowed to contribute or perform my crafts again, anywhere.

Please enter "14142 N. Saint Vrain Dr. Lyons, CO trulia" into google search. The sale was my family abandoning a dream of a paradise for the children of my family, and I crafted that place for them. The sale also reflects the potential and reputation I had, my mom bought the property for $300,000; it gained $1,000,000 by my hands. Please enter Edward Hold into google. The damages and losses are obvious, it's disgusting. My children are disadvantaged like anyone related to me. All opportunities were stripped by CBS-11 News, they are robbers, I will not rest until it is corrected.

Vigilantes and law enforcement reported massive false accussations and reports. I have lost everything and suffer catastrophy during assaults and the mahem CBS-11 News caused.

My family's losses are severe and were undertaken for survival, cursed by CBS-11 News, what could be expected otherwise resulting from a major news company falsely accussing someone of heinous murder to the entire public and while saturating the public for weeks. The public is degraded by CBS-11 News. Anytime one reacts to google search results against my name, they are prone to consiquence

Conclusion and Summary

CBS-11 News broadcast and published to millions that I had murdered and beaten an innocent senior citizen to death, then dispatched violent and enraged vigilantes and millions of viewers to my family and I. It was revealed January, 2024 that CBS-11 News caused more harm than can be fathomed, maliciously.

Claim One is asserted against CBS-11 News for Defamation
Claim Two is asserted against CBS-11 News for Defamation
Claim Three is asserted against CBS-11 News for False Light
Claim Four is asserted against CBS-11 News for Child Endangerment

DATE FILED: February 29, 2024

## Prayer for Relief

I respectfully request compensatory relief for costs, losses, pain, suffering and damages in the amount of; $75,000

I respectfully request injunctive relief in the form of retractive/corrective statements broadcast and published stating "Edward Hoid did not murder or assault Randall Shubert".

I respectfully request injunctive relief in the form of internet publications being removed and replaced.

Respectfully submitted this 25th day of February, 2024.

x_____

Edward Hoid