IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-01127-PAB-MEH

EDWARD HOID,

    Plaintiff,

v.

GRAY MEDIA GROUP, INC. d/b/a CBS KKTV 11,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, Chief United States Magistrate Judge, on July 2, 2024.**

    Before the Court is Plaintiff's "Notice Concerning Plaintiff's Response/Stay." ECF 35. Plaintiff asks the Court to designate as moot "the hand written [sic] Response which was mailed on [] June 7th, 2024." *Id*. at 2. This request references the discussion held during the June 17, 2024 Preliminary Scheduling/Status Conference when the Court stayed this case pending Plaintiff's release from incarceration, at which time Plaintiff will file his Response to Defendant's Motion to Dismiss [ECF 9] and the Court will lift the stay. ECF 32. Notably, the Court also subsequently set a deadline for Plaintiff to file his Response after his release from incarceration, September 20, 2024. ECF 33.

    In light of the Court's previous Orders, and because the Court is not yet in receipt of Plaintiff's June 7th, 2024 hand-written Response [*see* Docket], the Court **finds moot** the Notice. ECF 35.

    **In addition to notice of filing of this Minute Order being provided to the Parties, it is ORDERED that the office of the Clerk shall mail a copy of this Minute Order to the following**:

Edward Hoid
#178706
Arrowhead Correctional Center (ACC)
P.O. Box 300
Canon City, CO 81215-0300

    As a general reminder, Plaintiff shall maintain an up-to-date mailing address with the Clerk of Court by filing a Notice every time his address changes.