# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:24-cv-01127-PAB-MEH

Edward Hoid

     Plaintiff(s),

v.

Gray Media Group Inc. et al

     Defendant(s).

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**DEC 12 2024**

JEFFREY P. COLWELL
CLERK

---

### Motion and Response to Defendants Response and Notice of Malpractice

---

Honorable Judge of the United States District Court:

While in the ICU I am preparing this response to the latest dishonest response filed by the defense.

I was never served with objections and so me pointing it out triggered the defense to respond claiming that I'm lying, and while I am in an incapacitated state. Did the defense supply receipts in their most recent response that they served me with the objections? No, they have none. I always supply proof of everything I claim except for what is fraudulently concealed, even when hand written.

I am retaining representation currently.

Next is the demand to proceed in an unlawful manner while they demand in their response, "enough is enough" as if the poor Defendant is impacted like my kids were and my sisters kids were because of the Defendant's disgusting offenses, by the people

who they misled into violence and vigilance thinking that I beat a 71 year old to death and reporting the police said so. its not their kids who became molested, abused and separated from their homes in multiple states, only for about a month, 7 kids, when vigilantes reported that they were in danger at their homes, because of what this defendant broadcast to multiple states. It isn't their elderly parents who witnessed cowards reporting that their only son had beaten a 71 year old to death for a bike and reporting that their only son was armed and dangerous.

Armed vigilantes did not go to the defendants family's homes and place them under imminent threat and it isn't their elderly parents whose hearts and spirit was broken. My Mother is devastated and gets to end life traumatized. She doesn't deserve it.

It isn't the Defendant, who was shot at by the public and police for no reason, it isn't the Defendant or Ballard Spahr who has an online reputation for beating a 71 year old to death.

It should be the Defendant and Ballard Spahr who are in maximum security prison, as accessories of attempted murder, public endangerment, and child endangerment, violent crimes committed crossing multiple state lines, I was placed in a notorious level 5 security prison during COVID, and while incapacitated for years because of the Defendants offenses, they should be in prison for it. Now that I seek a mild and easy remedy, it is questionable why the Defendant is resisting, it is beyond immorality. The defense filed numerous fraudulent documents and declarations on court records during this and other anti-Slapp motions, and influenced state government to participate in misconduct while I was unlawfully held because of the Defendant. I am being released out right in weeks because the police and government are doing the right thing now, a life sentence was nearly cast upon me without charges. This defeats the state statute, anti-Slapp, which the defense misused previously, forcing the state government to

stumble horrifically. The defense now demands the strictures of an unlawfully used state statute governs this Court hoping I will not be afforded ADA accommodations, while I am on the brink of death, damages also caused because of the offenses, involved in this case.

I highly doubt this honorable Court will accommodate the offenses further.

The declaration filed in this case was found to be fraudulent as additional offenses which were declared non-existent, have been found. I am retaining counsel at this moment.

The anti-Slapp statute is fraudulently misused anyway and the Defendant was not reporting information supplied to them by law enforcement, no criminal investigation ever occurred for murder and deadly attack while the Defendant authored such and broadcast such accusing me in view of the public, across the country. The anti-Slapp statute cannot succeed anyway, so while the defense demands this court "accommodate" offense, the court should find malpractice for the above mentioned malpractice and not allow the practices in this courtroom.

I am qualifying for the accommodations to prepare, because of medical reasons now and qualifying ADA classified disability. The defense states this court accommodated me while I was in maximum security prison, during COVID, without charges, for false accusations of murder broadcast by the Defendant. I supplied proof. This Court is not without honor.

I thank the Court for that.


Regarding this "anti-slapp" motion:

1. Can the defense even justify filing it? Did the Longmont Police supply the untrue information that was broadcast, "what the Times-Call reported as a robbery

became a deadly encounter, an unknown number of assailants attacked a 71 year old, i.e. beat to the 71 year old, jumped him and robbed him"?  Clearly, since I am being released now out right, within weeks, the police nor warrants or investigations did not supply what the defendants authored and broadcast in view of the people. The Court can easily determine that the lawsuit is not frivolous and is not silencing constitutionally protected speech.  The anti-Slapp motion should be disregarded, the fraudulent filings by the defense should not be.

2.  I managed to get thousands of signatures on petitions and affidavits by the people, while incapacitated in an ICU, with help, and my diligence is about to increase substantially when I am discharged from the hospital again and free to pursue taking back what this Defendant and participants robbed my kids and I of, the people are not supporting the defendants, parole, state, police and doctors are not supportive they have each apologized for the news.  It's overdue for KKTV11 and participants to as well.  They are not going to rob my kids and cultivated attempts on my life, getting me locked into a Hell and walk away from it.  This action is a civil means and addresses public safety and abuse of trust and technologies.

3.  **This is the most important issue** concerning **the defense and the anti-Slapp motion they filed.**  This Court scheduled that hearing, the Court "accommodated" the Defendant.  I made that appearance in this case, the honorable magistrate, whom I respect immensely, made that appearance, **NONE OF BALLARD SPAHR'S LAWYERS NIETHER THE DEFENDANT** bothered to even show up nor make any appearance to that anti-Slapp hearing in this case, the magistrate even attempted to contact these lawyers multiple times by phone during the hearing and could not connect with any of them.  We sat waiting for

half an hour. Their precious anti-Slapp hearing was postponed beyond the 28 days, they demand having rights to have that hearing within, they are the ones who did not appear during the hearing, Now they are announcing enough is enough at this Court. They can take the demands elsewhere, where they might actually show up involving more important issues than my family's children being abused because of lying news.



Another opinion, the social detriment reported above, prevented me from life and was caused by the participants in this case duping the people into trying to murder me. Once again any complaining about delays, is desperation and the delays were caused by the defense.

Getting back on track is a continual struggle, the instant case is being obscured by

deception and malpractice.  The bottom line,

 

This is my work start to finish, people liked me.  My record is being vacated and

expunged because my actual  rap sheet is only involuntary acts while I was trying to

stay alive as an untreated type one diabetic for forty years.

KKTV-11 and the other news participants will not deprive me of my craft, life and will not

deprive the people of my contributions, the losses will be returned and taken back.


I respectfully request the Court does not entertain another attempt by the defense for

filing another anti-Slapp motion, which the defense needs to file another one for hopes

of another hearing because the previous one lacked their attention and presence.  They

have not filed another anti-Slapp motion requesting another hearing.


I respectfully request a 90 day extension of time instead of a 60 day extension for filing

a response and proposed amended complaint which will include all participants of

offense, and will include all the other plaintiffs, making both due on or before March 6th,

2025.

I request the Court put a stop to the fraudulent malpractice, and direct Ballard Spahr to withdraw as counsel in this case while placing the law firm under review.  The defense published offense, which is the cause of this lawsuit in their answer, in this court.  The answer in this case is another recent offense the Court does not need to allow.

Respectfully submitted this 6th day of December ,2024

*Edward Hoid*                                    .
Signature

edward.h.hoid@gmail.com                    .
Email Address

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify a copy of this motion was mailed to the court and sent electronically to

Kennison Lay

At

<u>layk@ballardspahr.com</u>

                          Respectfully submitted this 6th day of December, 2024

                          **<u>Edward. Herbert. Hoid.</u>**        **<u>12/06/2024</u>**

Edward Weiss
2255 Midpoint Dr.
Fort Collins, CO 80525



DENVER CO 802

10 DEC 2024 PM 7 L

Clerk of the United States District Court
901 19th Street
Denver, CO 80294

80294-250151