IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-01127-PAB-MEH

EDWARD HOID,

    Plaintiff,

v.

GRAY MEDIA GROUP, INC. d/b/a CBS KKTV 11,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, Chief U.S. Magistrate Judge, on December 13, 2024.**

    Before me is Plaintiff's "Motion and Response to Defendants [sic] Response and Notice of Malpractice." ECF 66. As a preliminary matter, a motion cannot be included in a response. D.C.COLO.LCivR 7.1(d). Moreover, even if I were to consider Plaintiff's Motion, it asks for similar relief as that stated in Plaintiff's "Motion for Extension of Time to File Response." ECF 58. Thus, for the same reasons stated in my Recommendation to dismiss Plaintiff's claims with prejudice [ECF 64], I **deny as moot** this Motion. ECF 66.

    As a general reminder, Plaintiff shall maintain an up-to-date mailing address with the Clerk of Court by filing a Notice every time his address changes.